IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-00018-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD LESLIE PIERCE, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion in Limine [DE-43]. On November 2, 2015, Ronald Leslie Pierce, Jr. pled guilty to Count Eleven of the indictment, and on November 9, 2015, Pierce pled guilty to Count One. In Pierce's plea agreement with the Government, it was agreed that Counts Two through Ten will be dismissed at sentencing. *See* Plea Agreement [DE-47] at 7. Consequently, the Government's Motion in Limine [DE-43] will be DISMISSED as moot.

SO ORDERED.

This, the _10_ day of November, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge