IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-CR-18-F-1

UNITED STATES OF AMERICA

vs.

**ORDER**

RONALD LESLIE PIERCE JR.,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Motion for Variance of the defendant except that the Clerk is authorized to provide a filed copy of the Motion for Variance and Motion to Seal said Motion for Variance to counsel for the defendant and counsel for the Government.

IT IS SO ORDERED.

Entered at Chambers, this the 29th day of February, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE