UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00018-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD LESLIE PIERCE, JR. | ) | |

This matter is before the Court on the Joint Motion to Include Restitution in Judgment [DE-63].

For good cause shown, the court hereby grants the motion to include restitution to the victims and in the amounts specified in the motion to be included in the judgment in this matter.

So ordered this 9th day of June, 2016.

_____
JAMES C. FOX
Senior United States District Judge